# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**Stephani Bauernfeind,**

        **Plaintiff,**

**vs.**                                                    Case No.: 20-cv-495
**ANDREW SAUL,**
**Commissioner of Social Security,**

        **Defendant.**

## NOTICE OF APPEAL

    ***Notice is hereby given*** that Stephani Bauernfeind, by her attorney, Dana W. Duncan, Duncan Disability Law, S.C., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated September 20, 2021 and the judgment dated September 20, 2021 by Federal District Judge Barbara B. Crabb which affirmed the decision of the Defendant, Andrew Saul, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

    Dated this 26th day of October, 2021.

                                                **DUNCAN DISABILITY LAW, S.C.**
                                               Attorneys for the Plaintiff

                                               /s/ Dana W. Duncan
                                               _____
                                               Dana W. Duncan
                                               State Bar I.D. No.
                                               01008917 555 Birch St
                                               Nekoosa, WI 54457
                                               (715) 423-4000